# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 26, 2013

No. 11-50435
Summary Calendar

Lyle W. Cayce
Clerk

JUAN MANUEL MARTINEZ-GARCIA,

Petitioner - Appellant

v.

UNITED STATES OF AMERICA; WARDEN, REEVES COUNTY DETENTION CENTER III; BUREAU OF PRISONS; GEO GROUP,

Respondents - Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:11-CV-2

Before DAVIS, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM:[*]

Proceeding *pro se* and *in forma pauperis*, Juan Manuel Martinez-Garcia, former federal prisoner # 98884-179, contests the denial of his 28 U.S.C. § 2241 petition, challenging his exclusion from rehabilitation programs and halfway houses. Because Martinez-Garcia has been released from Bureau of Prisons custody, his appeal is moot. *E.g.*, *Calderon v. Moore*, 518 U.S. 149, 150 (1996)

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-50435

(appeal moot when intervening event prevents court from granting any effectual relief).

DISMISSED.